UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AVRAMENKO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES PARK POLICE, et al.,<br><br>    Defendants. | Case No. 24-cv-07027-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Olga Avramenko filed this action on October 7, 2024. ECF No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendant United States Park Police or to file a motion for administrative relief from the service deadline was January 5, 2025. The docket does not indicate that Plaintiff has obtained a summons, completed service, or that Defendant has waived service of summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. *Id.* In the present action, the 90-day deadline for completing service has passed, and there is no indication that Plaintiff has obtained a summons, let alone served Defendant. Plaintiff has not shown good cause to extend the deadline for service nor filed a case management statement in advance of the January 16, 2025 Initial Case Management Conference.

Plaintiff shall file a response no later than fourteen days from the date of this Order and show cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. Plaintiff's failure to respond to this Order

by the deadline may result in a report and recommendation by the undersigned that this case be dismiss for failure to prosecute.  The Initial Case Management Conference is hereby continued to February 13, 2025 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge