UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AVRAMENKO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES PARK POLICE, et al.,<br><br>Defendants. | Case No. 24-cv-07027-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Pursuant to the Court's order at ECF No. 17, Plaintiff's deadline to serve all Defendants was extended to March 6, 2025. While the docket at ECF No. 18 indicates that Plaintiff completed service on Defendant Devon Beeny, there is no indication that the remaining defendants, the United States Park Police, Harvey Simon, and Ricardo Zamora, have been served or waived service. Plaintiff did not request or establish good cause to extend the deadline for service of these defendants past March 6, 2025. Moreover, Plaintiff failed to submit a case management statement by May 1, 2025, in advance of the May 8, 2025 Initial Case Management Conference.

Plaintiff shall file a response no later than May 12, 2025 showing cause why this action should not be dismissed without prejudice as to Defendants United States Park Police, Harvey Simon, and Ricardo Zamora for failure to timely complete service of process and for failure to prosecute. Plaintiff's failure to respond to this Order by the deadline may result in a report and recommendation by the undersigned that this case be dismissed for failure to prosecute as to those Defendants. The Initial Case Management Conference is hereby continued to June 5, 2025 at 1:30 pm. The parties shall file their case management statement pursuant to the undersigned's Standing

Order D(1) no later than May 29, 2025.

**IT IS SO ORDERED.**

Dated: May 5, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge