UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AVRAMENKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES PARK POLICE, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07027-LJC<br><br>**ORDER REGARDING RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO WITHDRAW**<br><br>Re: Dkt. Nos. 20, 21 |

The Court has received Plaintiff's Response to Order to Show Cause (ECF No. 20) and concurrently filed Motion to Withdraw as Counsel (ECF No. 21).

In light of counsel Samuel Geller's attestation that a conflict has arisen that requires his firm to withdraw from representing Plaintiff, and that Plaintiff is in the process of obtaining new counsel, the Court grants in part the request to continue Plaintiff's deadline to serve the remaining defendants. Plaintiff's deadline to serve defendants is hereby continued to August 29, 2025. The Initial Case Management Conference, currently set for June 5, 2025, is continued to September 18, 2025, at 1:30pm.

The Court sets a hearing on the Motion to Withdraw as Counsel on May 22, 2025 at 1:00pm, to be held remotely via the undersigned's public Zoom webinar. Plaintiff Olga Avramenko and counsel Samuel Geller and Boris Bindman shall appear and be prepared to discuss with the court the possible prejudice to Plaintiff and Plaintiff's efforts to obtain new counsel. Counsel shall be responsible for providing Plaintiff with a copy of this Order and

//

//

//

1  informing her that she is required to attend the virtual hearing on May 22, 2025.

3  **IT IS SO ORDERED.**

5  Dated: May 14, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge