UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O. A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES PARK POLICE, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-07027-LJC<br><br>**ORDER EXTENDING STAY; SETTING DEADLINE FOR SERVICE** |

This matter has been stayed until August 22, 2025, to provide Plaintiff time to obtain new counsel. A status conference was held on August 14, 2025, regarding Plaintiff O.A.'s efforts to obtain new counsel. ECF No. 32. Plaintiff informed the Court that she has not yet been able to obtain counsel and requested that the matter be stayed for an additional 90 days. She informed the Court that she has contacted numerous attorneys but been unable to secure representation due, in part, to a pending administrative claim.

This lawsuit was filed in October 2024 and it does not appear that Plaintiff has served Defendants. The Court is concerned that granting an additional 90-day stay will unduly delay this action, although it recognizes that the delays thus far have, in part, been the result of factors outside of Plaintiff's control.

The Court accordingly continues the stay 60 days, to October 21, 2025. The Court continues Plaintiff's deadline to serve Defendants to 45 days after the stay is lifted, to December 5, 2025. Plaintiff may serve Defendants before the stay is lifted; if she does so, the timeframe for

//

//

//

1   Defendants to respond to the lawsuit will begin once the stay is lifted on October 21, 2025.

2   **IT IS SO ORDERED.**

3   Dated: August 18, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge